IN RE RESIGNATION OF WHITE.

[Cite as *In re Resignation of White* (1992), 63 Ohio St.3d 1205.]
(No. 92–167—Submitted February 12, 1992—Decided February 19, 1992.)

The resignation of David Otto White as an attorney, Registration No. 0024374, is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF HAMANN.

[Cite as *In re Resignation of Hamann* (1992), 63 Ohio St.3d 1205.]
(No. 92–154—Submitted February 12, 1992—Decided February 19, 1992.)

The resignation of William A. Hamann, Jr. as an attorney, Registration No. 0033765, is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.